**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**KEY WEST DIVISION**

CASE NO.:

**MARTIN ROZENBLUM AND FICH INVESTMENTS, LLC,**

    PLAINTIFFS,

V.

**AIG PROPERTY CASUALTY COMPANY,**

    DEFENDANT.                    /

## DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION

Defendant, AIG PROPERTY CASUALTY COMPANY ("AIG"), a foreign corporation, hereby files this Notice of Removal of Civil Action, and states:

1. Defendant, AIG, is an eligible surplus lines insurer that issued a policy of homeowner's property insurance to Plaintiff, MARTIN ROZENBLUM, under policy number PCG 0029700609.

2. Plaintiff, FICH INVESTMENTS, LLC, owns the subject property and is listed on the policy as an additional insured.

3. AIG has been named Defendant in the Complaint filed by Plaintiffs on July 25, 2018, in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, case number 2018-025131-CA-01, styled as *Martin Rozenblum and Fich Investments, LLC, Plaintiffs v. AIG Property Casualty Company*. *See* Plaintiffs' Complaint attached hereto as **EXHIBIT 1.**

4. Service of Process was effectuated on AIG on August 7, 2018. *See* Notice of Service of Process attached hereto as **EXHIBIT 2**.

5. This is a civil action over which this Honorable Court has original jurisdiction under 28 U.S.C. § 1332, and which AIG is entitled to remove to this Honorable Court based upon diversity of citizenship.

6. Plaintiff, MARTIN ROZENBLUM, is a resident and citizen of Florida. *See id.* **Exhibit 1 at ¶ 2**.

7. Plaintiff, FICH INVESTMENTS, LLC, is a Florida corporation with its principal place of business at 7931 Fisher Island Dr., Miami, FL 33109. *See* Florida Division of Corporations record, attached hereto as **Exhibit 3**.

8. AIG is a Pennsylvania corporation with its principal place of business at 175 Water Street, New York, NY 10038. *See* Declaration in Support of Removal by Kathleen Spinella, attached hereto as **Exhibit 4** at ¶ 4.

9. No parties have common citizenship for purposes of diversity jurisdiction. Therefore, complete diversity exists between all parties named in this matter.

10. AIG consents to the removal of this action to this Court. *See* **Exhibit 4** at ¶ 5.

11. Venue is proper in the Southern District of Florida because at all relevant times AIG was doing business in Florida as an eligible surplus lines insurer, and the suit for which this removal originates was filed by Plaintiffs in the Circuit Court in and for Miami-Dade County, Florida.

12. Plaintiffs allege that AIG breached the subject insurance policy by failing to pay Plaintiffs for the entire loss and damages covered under the policy and by denying coverage for portions of the loss. *See* Amended Complaint at ¶ 8, attached hereto as **Exhibit 5**.

13. Prior to the commencement of this litigation, AIG denied Plaintiffs payment for their claim because the amount of damages covered under the subject policy of insurance did not exceed the applicable deductible under the policy. *See* **Exhibit 4** at ¶ 6.

14. On June 3, 2019, Plaintiffs, via their counsel, provided an estimate for the alleged cost of repairs to the subject property that are being claimed in this litigation. *See* Email, attached hereto as **Exhibit 6**.

15. The attached estimate, dated June 2, 2019, from Shear Construction & Management, LLC, includes a "Total Cost" for repairs of $378,296.40. *See* Estimate, attached hereto as **Exhibit 7**.

16. This was the first estimate for damages provided to AIG since the claim was first initiated.

17. Therefore, the amount in controversy in this lawsuit is $378,296.40, excluding any claim for statutory attorney's fees and costs.

18. Accordingly, the damages at issue, and the amount in controversy are in excess of this Honorable Court's $75,000.00 jurisdictional minimum.

19. These jurisdictional facts were true once Plaintiffs made available their Shear Construction & Management, LLC estimate on June 3, 2019, and are true presently, at the time of removal.

20. The following items constitute all of the process, pleadings, and orders filed in this action, to date:

    a. Complaint;

    b. Plaintiffs' Request to Produce;

c.  Plaintiffs' Interrogatories to Defendant;

d.  Plaintiffs' Notice of Taking Deposition of Defendant's 1.310(b)(6) Corporate Representative Duces Tecum;

e.  Defense Counsel's Notice of Appearance;

f.  Defendant's Motion for Enlargement of Time to Respond to Plaintiffs' Complaint;

g.  Agreed Order on Defendant's Motion for Enlargement of Time to Respond to Plaintiff's Complaint;

h.  Defendant's Notice of Serving First Set of Interrogatories to Plaintiff;

i.  Amended Complaint;

j.  Defendant's Answer and Affirmative Defenses to Plaintiffs' Amended Complaint;

k.  Plaintiffs' Reply to Defendant's Answer and Affirmative Defenses;

l.  Plaintiffs' Motion to Strike Defendant's Alleged Affirmative Defenses;

m.  Defendant's Motion to Strike Claim Handling Allegations in Plaintiffs' Amended Complaint;

n.  Plaintiffs' Answers/Objections to First Set of Interrogatories from Defendant;

o.  Notice of Hearing on Defendant's Motion to Strike Claim Handling Allegations in Plaintiffs' Amended Complaint;

p.  Plaintiffs' Amended Answers/Objections to First Set of Interrogatories From Defendant;

q. Agreed Order Granting Defendant's Motion to Strike Claim Handling Allegations in Plaintiffs' Amended Complaint;

r. Defendant's Motion for Enlargement of Time to Respond to Plaintiffs' Discovery;

s. Agreed Order on Defendant's Motion for Enlargement of Time to Respond to Plaintiff's Discovery;

t. Defendant's Motion to Compel Better Answers to Defendant's First Set of Interrogatories to Plaintiff;

u. Order of Referral to Mediation;

v. Uniform Order Setting Cause for Jury Trial and Pre-Trial Instructions;

w. Plaintiffs' Motion to Compel Date Certain for Deposition of Defendant's Corporate Representative;

x. Order Vacating Uniform Orders of Mediation and Setting Jury Trial Dated 2/28/2019;

y. Notice of Hearing on Plaintiffs' Motion to Compel Date Certain for Deposition of Defendant's Corporate Representative;

z. Defendant's Notice of Serving First Set of Interrogatories to Plaintiff, Fich Investments, LLC;

aa. Defendant's Notice of Serving Second Set of Interrogatories to Plaintiff, Martin Rozenblum;

bb. Defendant's First Request for Production to Plaintiffs;

cc. Defendant's Notice of Serving Answers to Plaintiffs' Initial Interrogatories;

- dd. Defendant's Responses to Plaintiffs' Request for Production;
- ee. Notice of Hearing on Defendant's Motion to Compel Plaintiffs' Better Answers;
- ff. Corrected Notice of Hearing on Defendant's Motion to Compel Plaintiffs' Better Answers;
- gg. Notice of Cancellation of Hearing on Defendant's Motion to Compel Plaintiffs' Better Answers;
- hh. Notice of Taking Deposition of Defendant's 1.310(b)(6) Corporate Representative Duces Tecum;
- ii. Defendant's Notice to State Court of Removal.

Plaintiff's Complaint (along with the Civil Cover and Summons) is attached as **Exhibit 1**. Plaintiffs' Request to Produce is attached as **Exhibit 8**. Plaintiffs' Interrogatories to Defendant is attached as **Exhibit 9**. Plaintiffs' Notice of Taking Deposition of Defendant's 1.310(b)(6) Corporate Representative Duces Tecum is attached as **Exhibit 10**. Defense Counsel's Notice of Appearance is attached as **Exhibit 11**. Defendant's Motion for Enlargement of Time to Respond to Plaintiffs' Complaint is attached as **Exhibit 12**. Agreed Order on Defendant's Motion for Enlargement of Time to Respond to Plaintiff's Complaint is attached as **Exhibit 13**. Defendant's Notice of Serving First Set of Interrogatories to Plaintiff is attached as **Exhibit 14**. Amended Complaint is attached as **Exhibit 5**. Defendant's Answer and Affirmative Defenses to Plaintiffs' Amended Complaint is attached as **Exhibit 15**. Plaintiffs' Reply to Defendant's Answer and Affirmative Defenses is attached as **Exhibit 16**. Plaintiffs' Motion to Strike Defendant's Alleged Affirmative Defenses is attached as **Exhibit 17**. Defendant's

Motion to Strike Claim Handling Allegations in Plaintiffs' Amended Complaint is attached as **Exhibit 18**. Plaintiffs' Answers/Objections to First Set of Interrogatories from Defendant is attached as **Exhibit 19**. Notice of Hearing on Defendant's Motion to Strike Claim Handling Allegations in Plaintiffs' Amended Complaint is attached as **Exhibit 20**. Plaintiffs' Amended Answers/Objections to First Set of Interrogatories From Defendant is attached as **Exhibit 21**. Agreed Order Granting Defendant's Motion to Strike Claim Handling Allegations in Plaintiffs' Amended Complaint is attached as **Exhibit 22**. Defendant's Motion for Enlargement of Time to Respond to Plaintiffs' Discovery is attached as **Exhibit 23**. Agreed Order on Defendant's Motion for Enlargement of Time to Respond to Plaintiff's Discovery is attached as **Exhibit 24**. Defendant's Motion to Compel Better Answers to Defendant's First Set of Interrogatories to Plaintiff is attached as **Exhibit 25**. Order of Referral to Mediation is attached as **Exhibit 26**. Uniform Order Setting Cause for Jury Trial and Pre-Trial Instructions is attached as **Exhibit 27**. Plaintiffs' Motion to Compel Date Certain for Deposition of Defendant's Corporate Representative is attached as **Exhibit 28**. Order Vacating Uniform Orders of Mediation and Setting Jury Trial Dated 2/28/2019 is attached as **Exhibit 29**. Notice of Hearing on Plaintiffs' Motion to Compel Date Certain for Deposition of Defendant's Corporate Representative is attached as **Exhibit 30**. Defendant's Notice of Serving First Set of Interrogatories to Plaintiff, Fich Investments, LLC is attached as **Exhibit 31**. Defendant's Notice of Serving Second Set of Interrogatories to Plaintiff, Martin Rozenblum is attached as **Exhibit 32**. Defendant's First Request for Production to Plaintiffs is attached as **Exhibit 33**. Defendant's Notice of Serving Answers to Plaintiffs' Initial Interrogatories is attached as **Exhibit 34**. Defendant's Responses to Plaintiffs' Request

for Production is attached as **Exhibit 35**. Notice of Hearing on Defendant's Motion to Compel Plaintiffs' Better Answers is attached as **Exhibit 36**. Corrected Notice of Hearing on Defendant's Motion to Compel Plaintiffs' Better Answers is attached as **Exhibit 37**. Notice of Cancellation of Hearing on Defendant's Motion to Compel Plaintiffs' Better Answers is attached as **Exhibit 38**. Notice of Taking Deposition of Defendant's 1.310(b)(6) Corporate Representative Duces Tecum is attached as **Exhibit 39**.

21. This Notice of Removal is being filed within thirty (30) days of Lexington's receipt of the email from Plaintiffs' counsel providing the Shear Construction & Management, LLC, estimate, evidencing that Plaintiffs' claim is for an amount in excess of this Honorable Court's $75,000.00 jurisdictional minimum.

**WHEREFORE**, Defendant, AIG PROPERTY CASUALTY COMPANY, a foreign corporation, respectfully requests that the above-referenced action pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2018-025131-CA-01, be removed from that court to the United States District Court for the Southern District of Florida.

Respectfully submitted,
**BERK, MERCHANT & SIMS, PLC**

*/s/ Melissa M. Sims*
Melissa M. Sims, Esq.
Florida Bar No.: 85936
Ricardo J. Fernandez, Esq.
Florida Bar No.: 109089
2 Alhambra Plaza, Suite 700
Coral Gables, Florida 33134
Tel:   (786) 338-2878
Fax:   (786) 338-2888
E-Mail: msims@berklawfirm.com;

dalvarez@berklawfirm.com
Rfernandez@berklawfirm.com;
Msoler-rodriguez@berklawfirm.com
**Counsel for Defendant, LEXINGTON INSURANCE GROUP**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email this 3rd day of July, 2019 to:

Candise L. Shanbron, Esq.
Fla. Bar No. 630470
Justin P. Cernitz., Esq.
CERNITZ SHANBRON, LLC
9500 South Dadeland Blvd., Suite 350
Miami, Florida 33156
Tel: (305) 370-3255
Email: cshanbron@cernitzlaw.com
Jcernitz@cernitzlaw.com
Filing@cernitzlaw.com
**Counsel for Plaintiffs**

*/s/ Melissa M. Sims*
Melissa M. Sims, Esq.